Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN SACHAROW,<br><br>    Defendant | 2:17-CR-095 TLN<br><br>COURT: Hon. Troy L. Nunley<br>DATE:   March 28, 2019<br>TIME:   9:30 a.m.<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

    The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with undersigned counsel for defendant defendant hereby stipulate the following:

    1. By previous order, this matter was set for status conference on February 21, 2019.

    2. By this stipulation, the defendants now move to continue the status conference until March 28, 2019, at 9:30 a.m., and to exclude time between February 21, 2019 and March 28, 2019 under the Local Code T-4 (to allow defense counsel time to prepare).

    3. The parties agree and stipulate, and request the Court find the following:
      a. Initially, the government provided discovery containing investigative

reports, as well as DVDs containing numerous audio and video recordings.

    b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, interview potential witnesses, and discuss USSG calculations and possible resolution scenarios with her client.

    c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 21, 2019 to March 28, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: February 19. 2019                                           Respectfully submitted,

                                                                                              /s/ Shari Rusk

                                                                                     SHARI RUSK
                                                                                     Attorney for Defendant
                                                                                     Steven Sacharow

McGregor Scott
United States Attorney
James Conolly_____
by: /s/ James Conolly
Assistant U.S. Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: February 20, 2019

_____
Troy L. Nunley
United States District Judge